1  Joseph W. Cotchett (#36324)
   jcotchett@cpmlegal.com
2  Nanci E. Nishimura (#152621)
   nnishimura@cpmlegal.com
3  Stuart G. Gross (#251019)
   sgross@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
6  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
7
   Louise Renne (#36508)
8  **RENNE SLOAN HOLTZMAN SAKAI LLP**
9  350 Sansome Street, suite 300
   San Francisco, CA 94104
10 Telephone: (415) 678-3805
   Facsimile: (415) 678-3838
11
   *Attorneys for Plaintiffs*
12
                **UNITED STATES DISTRICT COURT**
13
                **NORTHERN DISTRICT OF CALIFORNIA**
14

15 CONTRA COSTA COUNTY, *et al.,*          **Case No. 10-cv-05318-JSW**

16          Plaintiffs
                                           **[PROPOSED] ORDER GRANTING**
17     v.                                  **ADMINISTRATIVE MOTION TO**
                                           **RELATE CASES**
18 FITCH, INC., *et al.,*

            Defendants.
19

20                                         Date: N/A
                                           Time: N/A
21                                         Court: Courtroom 7
                                           Judge: The Honorable Jeffrey S. White
22

---

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES
– CASE NO. 10-CV-05318-JSW**

On December 20, 2010 Plaintiffs Contra Costa County, City of Riverside, The Redevelopment Agency of the City of Riverside, The Public Financing Authority of the City of Riverside, and County of San Mateo (collectively "Plaintiffs") filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiffs' Administrative Motion.

IT IS SO ORDERED that, *County of Alameda, et al. v. Ambac Financial Group Inc.* Case No. 4:10-cv-05572-LB is related to the first filed action entitled, *Contra Costa County, et al. v. Fitch, Inc. et al.* Case No. 3:10-cv-05318-JSW.

DATED: January 4, 2011

HON. JEFFREY S. WHITE