Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Nanci E. Nishimura (SBN 152621)
nnishimura@cpmlegal.com
Stuart G. Gross (SBN 251019)
sgross@cpmlegal.com
Daniel R. Sterrett (SBN 260290)
dsterrett@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

Louise H. Renne (SBN 36508)
lrenne@publiclawgroup.com
**RENNE SLOAN HOLTZMAN SAKAI LLP**
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 678-3800
Facsimile: (415) 678-3838

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF ALAMEDA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBAC FINANCIAL GROUP, INC., et al.,<br><br>Defendants. | CASE NO. 10-cv-05572-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

### STIPULATION OF PARTIES

WHEREAS, on November 23, 2010, certain defendants removed the actions *Contra Costa County, et al. v. Fitch, Inc., et al.*, Case No. CJC-08-00455 (San Francisco Sup.), *The Olympic Club v. Ambac Financial Group, Inc.*, Case No. CGC-09-487058 (San Francisco Sup.), and *The Jewish Community Center of San Francisco v. Ambac Financial Group, Inc.*, Case No. CJC-10-501361 (San Francisco Sup.) (collectively, the "Contra Costa Actions") to federal court, where they were assigned

1. to Judge Jeffrey S. White and given case number 10–5318-JSW;

2. WHEREAS, on November 30, 2010, the plaintiffs in the Contra Costa filed a motion to remand the Contra Costa Actions;

3. WHEREAS, on December 8, 2010, Defendant Ambac Assurance Corp. removed the instant action *County of Alameda, et al. v. Ambac Financial Group, Inc.*, Case No. CJC-08-00455 (San Francisco Sup.) ("Alameda Action") to federal court, and to the extent not previously removed, the actions *The Olympic Club v. Ambac Financial Group, Inc.*, Case No. CGC-09-487058 (San Francisco Sup.), and *The Jewish Community Center of San Francisco v. Ambac Financial Group, Inc.*, Case No. CJC-10-501361 (San Francisco Sup.);

4. WHEREAS, on January 11, 2011, the Court entered a stipulated order, whereby the parties to the Alameda Action agreed to abide by the result of the plaintiffs' motion to remand the Contra Costa Actions, without the need to separately brief any motion to remand in the Alameda Action;

5. WHEREAS, on January 31, 2011, the Court granted plaintiffs' motion to remand the Contra Costa Actions and ordered the parties to the Alameda Action to submit proposed stipulated order consistent with its order granting the motion to remand the Contra Costa Action;

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE THAT:

*County of Alameda, et al. v. Ambac Financial Group, Inc.*, Case No. CJC-08-00455 (San Francisco Sup.), and to the extent not already remanded, the actions *The Olympic Club v. Ambac Financial Group, Inc.*, Case No. CGC-09-487058 (San Francisco Sup.), and *The Jewish Community Center of San Francisco v. Ambac Financial Group, Inc.*, Case No. CJC-10-501361 (San Francisco Sup.) are remanded to the Superior Court of California for the City and County of San Francisco.

The Clerk shall transfer the file forthwith.

Dated: February 3, 2011

By /s/

Joseph W. Cotchett (SBN 36324)
Jcotchett@cpmlegal.com
Nanci E. Nishimura (SBN 152621)
nnishimura@cpmlegal.com
Stuart G. Gross (SBN 251019)
sgross@cpmlegal.com
Daniel R. Sterrett (SBN 260290)

dsterrett@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

Louise H. Renne (SBN 36508)
lrenne@publiclawgroup.com
**RENNE SLOAN HOLTZMAN SAKAI LLP**
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  (415) 678-3800
Facsimile:  (415) 678-3838

*Attorneys for Plaintiffs*

Dated: January 3, 2011                    By /s/ John P.

**MURPHY, PEARSON, BRADLEY & FEENEY**
James A. Murphy
jmurphy@mpbf.com
John P. Girarde
jgirarde@mpbf.com
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

**PATTERSON BELKNAP WEBB & TYLER LLP**

Robert P. LoBue
rplobue@pbwt.com
Brian N. Lasky
bnlasky@pbwt.com
1133 Avenue of the Americas
New York, NY  10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
*Attorneys for Defendant
AMBAC ASSURANCE CORPORATION*

- 3 -
STIPULATION AND [PROPOSED] ORDER (Case No. 10-cv-05572-JSW)

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: February 4, 2011

By: _____
HON. JEFFREY S. WHITE